FILED

March 09, 2006 Doc 9

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0000427606

1  McGREGOR W. SCOTT
   United States Attorney
2  ANA MARIA MARTEL
   Assistant United States Attorney
3  501 "I" Street, Suite 10-100
   Sacramento 95814-2322
4  Telephone: 916-554-2700
   Facsimile: 916-554-2900
5  Attorneys for Defendants

6

7                UNITED STATES BANKRUPTCY COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9                    (SACRAMENTO DIVISION)

10

11  In re: JAMES MITCHELL, JR., and      Bankruptcy Petition No.: 02-11974-A-7

12  IRMA J. MITCHELL,

13              Debtors.

14  _____

15  JAMES MITCHELL, JR., and IRMA       Adversary No.: 06-1081-D

16  J. MITCHELL,

              Plaintiffs,
17
        v.
18
    UNITED STATES OF AMERICA,
19  United States Department of
    Education, and United States       Date:  April 11, 2006
20  Department of the Treasury,         Time: 10:00 a.m.
                                        Place: Department A
21              Defendants.             Judge: Brett Dorian

22

23

24            ANSWER AND STIPULATION TO DISCHARGE

25

26      The United States of America, on behalf of its Department of Education, in

27  answer to the above-captioned adversary, waives any defects in service and admits that

28  the two student loans obtained by James Mitchell now totaling approximately $6,000 in

                                    1

principal and accrued interest and costs, which loans were either directly funded or guaranteed by the United States Department of Education, may be discharged pursuant to 11 U.S.C. § 523(a)(8) because it would cause the Debtor and his dependents an undue hardship to repay the same.

Accordingly, the United States stipulates that the Court may enter an order discharging the student loans at issue herein.

Dated:  March 9, 2006                              Respectfully submitted,

                                                   McGREGOR W. SCOTT
                                                   United States Attorney

                                  By:     \s\ *Ana Maria Martel*
                                          ANA MARIA MARTEL
                                          Assistant United States Attorney